No. 345. EL PUEBLO v. HERNÁNDEZ.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en mayo 4, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. José L. Pesquera.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 349. EL PUEBLO v. RODRÍGUEZ.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en mayo 4, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Luis Abella Blanco.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 344. EL PUEBLO v. SEGUÍ.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en mayo 4, 1911. Confirmada la sentencia apelada. La parte apelante no compareció. Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 346. EL PUEBLO v. MARTÍNEZ.—Apelación procedente de la Corte de Distrito de Ponce. Resuelto en mayo 5, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. José F. Fernández.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 699. LLONA v. MONT ET AL.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en mayo 8, 1911. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 40 del Reglamento de este tribunal. Abogados del promovente: *Sres. Antonio Sulliveres y Eugenio Benítez Castaño.* Abogado de la parte contraria: *Sr. Salvador Picornell.*